UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 22 2018

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED FEB 22 2018

CLERK

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PUBLIC KNOWLEDGE,
Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION
and the UNITED STATES OF AMERICA,
Respondents.

Case No. 18-1053

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Federal Rule of Appellate Procedure 15(a), Public Knowledge hereby petitions this Court for review of the order of the Federal Communications Commission ("FCC") captioned *In the Matter of Restoring Internet Freedom*, Declaratory Ruling, Report and Order, and Order, WC Docket No. 17-108, FCC 17-166 (released Jan. 4, 2018) ("Order") (attached). A summary of the Order was published in the Federal Register on February 22, 2018. 83 Fed. Reg. 7852. The Order repeals a prior order enforcing internet neutrality, which was upheld by the

D.C. Circuit in *United States Telecom Ass'n v. FCC*, 825 F.3d 674 (D.C. Cir. 2016), *petitions for cert. filed*, Nos. 17-498 – 17-504 (Oct. 3, 2017).*

Venue is proper in this Court pursuant to 28 U.S.C. § 2343. Public Knowledge participated in the proceedings that led to the Order and has standing to seek review of the Order under 28 U.S.C. § 2344 as a party aggrieved by the Order. Among other things, Public Knowledge is among the class of consumers of broadband internet access services entitled to the protections repealed by the present Order.

Public Knowledge seeks review of the Order on the grounds that it is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*; violates federal law, including, but not limited to, the Communications Act of 1934, as amended, and FCC regulations promulgated thereunder; conflicts with the notice-and-comment rulemaking requirements of 5 U.S.C. § 553; and is otherwise contrary to law.

---

* Public Knowledge previously filed a Protective Petition for Review of the Order in this Court. *See* Docket No. 18-1012 (consolidated on Jan. 17, 2018, with Nos. 18-1011 (lead), 18-1013, and 18-1014). On February 9, 2018, respondents in those consolidated cases filed a Motion to Dismiss for Lack of Jurisdiction (Doc. No. 1717373), and on February 16, 2018, petitioners and respondents filed a Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. App. P. 42(b) (Doc. No. 1718363). Those filings remain pending before this Court.

Public Knowledge respectfully requests that this Court hold unlawful, vacate, enjoin, and set aside the Order; remand to the FCC for further proceedings; and provide such additional relief as may be appropriate.

Dated: February 22, 2018　　　　　　　Respectfully submitted,

Harold Jay Feld　　　　　　　　　　　　Kevin K. Russell
John Bergmayer　　　　　　　　　　　　GOLDSTEIN & RUSSELL, P.C.
PUBLIC KNOWLEDGE　　　　　　　　　　7475 Wisconsin Ave., Ste. 850
1818 N St., N.W., Ste. 410　　　　　　　Bethesda, MD 20814
Washington, D.C. 20036　　　　　　　　(202) 362-0636
(202) 861-0020

*Counsel for Petitioner Public Knowledge*

3

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), Public Knowledge states that it is a national, nonpartisan, nonprofit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

Dated: February 22, 2018    Respectfully submitted,

_____
Kevin K. Russell
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Ste. 850
Bethesda, MD 20814
(202) 362-0636

*Counsel for Petitioner Public Knowledge*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2018, I caused a copy of the foregoing Petition for Review to be served upon the following counsel in the manner indicated:

*By First Class Mail and Electronic Mail*

Thomas M. Johnson, Jr.
General Counsel
Federal Communications
  Commission
Room 8-A741
445 12th St., S.W.
Washington, D.C. 20554
LitigationNotice@fcc.gov

*By First Class Mail*

Jefferson B. Sessions III
Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

/s/ Kevin K. Russell

Kevin K. Russell
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Ste. 850
Bethesda, MD 20814
(202) 362-0636

*Counsel for Petitioner
Public Knowledge*